UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JULIO VILLASANA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:17-cv-001062 CHIEF JUDGE CRENSHAW |
| YOLANDA PITTMAN, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 33) recommending that Pittman's Motion for Summary Judgment (Doc. No. 26) be granted and Villasana's instant § 1983 action be dismissed for failure to exhaust his administrative remedies. No objections have been filed to the Magistrate Judge's Report and Recommendation. Upon *de novo* review in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition because the undisputed facts show that Villasana has not exhausted his administrative remedies. (See Doc. No. 33 at 6-12.) Accordingly, the Magistrate Judge's Report and Recommendation is **APPROVED** and **ADOPTED**, and Pittman's Motion for Summary Judgment (Doc. No. 26) is **GRANTED**. Villasana's instant § 1983 action is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE